UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA KLAY HEITZMAN, & LEAH RENEE RAMSDELL<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, SECRETARY OF THE TREASURY, & DEPARTMENT OF THE TREASURY,<br><br>Defendants. | NO.  C07-444RSL<br><br>ORDER GRANTING EXTENSION OF TIME |

Upon Motion of the United States of America and having reviewed Plaintiff's brief in Opposition, the Court finds good cause shown, and it is hereby ORDERED, pursuant to Fed. R. Civ. P. 6(b), that the United States of America shall answer or otherwise respond to the complaint herein no later than June 29, 2007.

Dated this 4th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge