UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA KLAY HEITZMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

No. CV07-444RSL

ORDER DENYING MOTION FOR JUDGMENT BY DEFAULT

This matter comes before the Court on plaintiffs' "Motion for Judgment by Default" (Dkt. #6). Plaintiffs allege that defendants failed to file a timely response to their complaint and move for a default judgment under Federal Rule of Civil Procedure 55(b)(2). Defendants, however, were granted an extension of time to file their answer under Federal Rule of Civil Procedure 6(b) on June 4, 2007 (Dkt. #5). Under the Court's order, defendants have until June 29, 2007 to file an answer to plaintiffs' complaint. Plaintiffs' motion is therefore DENIED.

DATED this 19th day of June, 2007

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge